DANIEL A. BACON 065099
Attorney at Law
5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
Telephone: (559) 241-7000

Attorney for SANFORD GLICKMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13 cr 00261 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING, AND ORDER THEREON |
| vs. ) | |
| ) | DATE: January 6, 2014 |
| SANFORD GORDON GLICKMAN, ) | TIME: 8:15 AM |
| ) | DEPT: Hon. Lawrence J. O'Neill |
| Defendant, ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the sentencing hearing scheduled before Hon. Lawrence J. O'Neill for January 6, 2014 at 8:15 AM be continued to October 6, 2014 at 11:00 AM.

    It is further stipulated that formal objections to the Preliminary Presentence Report and sentencing memoranda shall be filed on or before September 22, 2014.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

Dated: December 24, 2013.    McGREGOR W. SCOTT, United States Attorney
    By: /s/ Brian Enos
    BRIAN ENOS, Assistant United States Attorney
    Attorney for Plaintiff

Dated: December 24, 2013.    /s/ Daniel A. Bacon
    DANIEL A. BACON, Attorney for Defendant

STIPULATION TO CONTINUE SENTENCING,
AND ORDER THEREON    1

ORDER

Good Cause has been stated.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

IT IS SO ORDERED.

Dated:   **December 27, 2013**

**/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE