1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DANIEL A. BACON 065099**
**ANGELICA I. AMBROSE 299543**
ATTORNEYS AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA  93704-2225
TELEPHONE:  (559) 241-7000

ATTORNEYS FOR SANFORD GLICKMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13 cr 00261 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY |
| | ) | CONDITIONS OF RELEASE, |
| vs. | ) | AND ORDER THEREON |
| | ) | |
| SANFORD GORDON GLICKMAN, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the condition of pretrial release for defendant Sanford Glickman that limits his travel within the Eastern District of California, be amended to allow Mr. Glickman to travel to and from the Northern District of California as well.  The reason for this amendment is that the defendant and his wife are in the process of looking for a residence in Soquel, California so that the defendant's wife may be near her son, Rashan Williams and his family during the time Mr. Glickman is incarcerated.

It is also stipulated that Mr. Glickman may travel to Soquel, California on May 17, 2015 at 6:00 AM and return to Fresno on May 24, 2015 by 7:00 PM.  While in Soquel, he will stay with his wife's son, Rahshan Williams, and his family at 3377 Old San Jose-Soquel Road, Soquel, California 95073.

STIPULATION TO MODIFY CONDITIONS
OF RELEASE AND ORDER THEREON                                                                                          1

1

2

      Jacob Scott, United States Pretrial Services officer, has been informed of this request, and is not opposed thereto.

3

Dated: April 20, 2015 .                                    BENJAMIN B. WAGNER, United States Attorney

4

                                                                     By:  /s/ Brian Enos

5

                                                    BRIAN ENOS, Assistant United States Attorney
Attorney for Plaintiff

6

Dated:  April 20, 2015.                                    /s/ Daniel A. Bacon

7

                                                    DANIEL A. BACON, Attorney for Defendant

8

                                                    ORDER

9

      IT IS SO ORDERED.

10

Dated:  April 21, 2015                                    **/s/ Lawrence J. O'Neill**

11

                                                    LAWRENCE J. O'NEILL
United States District Judge

12

                                                    Eastern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY CONDITIONS
OF RELEASE AND ORDER THEREON                                                                                    2