DANIEL A. BACON 065099
ANGELICA I. AMBROSE 299543
Attorneys at Law
5200 North Palm Avenue, Suite 408
Fresno, California  93704-2227
Telephone:  (559) 241-7000

Attorneys for SANFORD GLICKMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13 cr 00261 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY RELEASE |
| ) | AND ORDER THEREON |
| vs. ) | |
| ) | |
| SANFORD GORDON GLICKMAN, ) | DEPT:      Hon. Lawrence J. O'Neill |
| ) | |
| Defendant, ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record herein that Mr. Glickman may travel to Soquel, California on July 6, 2015 at 6:00 a.m. and return to Fresno on July 13, 2015 by 7:00 p.m.  While in Soquel, he will stay with his wife's son, Rahshan Williams, and his family at 3377 Old San Jose-Soquel Road, Soquel, California 95073.

    Jacob Scott, United States Pretrial Services Officer, has been informed of this request, and is not opposed thereto..

Dated: June 30, 2015.                    BENJAMIN B. WAGNER, United States Attorney


                                         By: /s/ Brian Enos
                                         BRIAN ENOS, Assistant United States Attorney
                                         Attorney for Plaintiff

///

Dated:  June 30, 2015.   /s/ Daniel A. Bacon
   DANIEL A. BACON, Attorney for Defendant

ORDER

IT IS SO ORDERED.

Dated:  **July 1, 2015**   **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY RELEASE;
AND ORDER THEREON                                                                                                    2