DANIEL A. BACON 065099
ANGELICA I. AMBROSE 299543
Attorneys at Law
5200 North Palm Avenue, Suite 408
Fresno, California  93704-2227
Telephone:  (559) 241-7000

Attorneys for SANFORD GLICKMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00261 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY RELEASE; AND ORDER THEREON |
| | ) | |
| vs. | ) | |
| | ) | |
| SANFORD GORDON GLICKMAN, | ) | DEPT: Hon. Lawrence J. O'Neill |
| | ) | |
| Defendant, | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record herein, that Mr. Glickman may travel to Soquel, California from August 16, 2015 through August 24, 2015.  While in Soquel, he will stay with his wife's son, Rahshan Williams, and his family at 3377 Old San Jose-Soquel Road, Soquel, California 95073.

Jacob Scott, United States Pretrial Services Officer, has been informed of this request and is not opposed thereto.

Dated:  August 11, 2015.                                          BENJAMIN B. WAGNER, United States Attorney


                                                                              By: /s/ Brian Enos
                                                                              BRIAN ENOS, Assistant United States Attorney
                                                                              Attorney for Plaintiff

///

1

1  Dated: August 11, 2015.             /s/ Daniel A. Bacon
                                       DANIEL A. BACON, Attorney for Defendant

         IT IS SO ORDERED.

                                       Dated:  **August 11, 2015**      /s/
**Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY RELEASE;            2
AND ORDER THEREON