UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-cr-00261 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY RELEASE; AND ORDER THEREON |
| ) | |
| vs. ) | |
| ) | |
| SANFORD GORDON GLICKMAN, ) | DEPT: Hon. Lawrence J. O'Neill |
| ) | |
| Defendant, ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record herein, that Mr. Glickman may travel to Soquel, California from August 30, 2015 through September 9, 2015.  While in Soquel, he will stay with his wife's son, Rahshan Williams, and his family at 3377 Old San Jose-Soquel Road, Soquel, California 95073.

Ryan Beckwith, United States Pretrial Services Officer, has been informed of this request and is not opposed thereto.

Dated:  August  28, 2015.          BENJAMIN B. WAGNER, United States Attorney


By:  /s/ Brian Enos
BRIAN ENOS, Assistant United States Attorney
Attorney for Plaintiff

///

Dated:  August 28, 2015.          /s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for Defendant


IT IS SO ORDERED.

Dated:   **August 28, 2015**     **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

1