1 DANIEL A. BACON 065099
ANGELICA I. AMBROSE 299543
2 ATTORNEYS AT LAW
5200 NORTH PALM AVENUE, SUITE 408
3 FRESNO, CALIFORNIA  93704-2227
TELEPHONE:  (559) 241-7000
4
ATTORNEYS FOR SANFORD GORDON GLICKMAN
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00261 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO SEAL PORTIONS OF RECORD; AND ORDER THEREON |
| vs. | ) | |
| | ) | |
| SANFORD GORDON GLICKMAN, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorney of record herein, namely the United States of America through its attorney Assistant U.S. Attorney Brian Enos, and defendant Sanford Gordon Glickman through his attorney Daniel A. Bacon, that the "Declaration of Daniel A. Bacon in Support of Stipulation to Continue Sentencing" which was attached to "Stipulation to Continue Sentencing, and Order Thereon", (Document Nos. 14 and 15 of the Clerk's Docket of Mr. Glickman), be ordered sealed as they contain privileged medical information of the defendant Sanford Gordon Glickman.

   The parties therefore request that the Court order that the "Declaration of Daniel A. Bacon in Support of Stipulation to Continue Sentencing" and the accompanying "Exhibit A" attached thereto (referenced as Document Nos. 14 and 15 of Mr. Glickman's Docket) be ordered

///

1  Sealed by the Clerk of the Court.

2  DATED: October 6, 2015                                     BENJAMIN B.WAGNER
3                                                             United States Attorney

4

5                                                             By /s/ Brian Enos
6                                                             BRIAN ENOS, Ass't U.S. Attorney
                                                              Attorney for Plaintiff
7

8  DATED: October 6, 2015                                     /s/ Daniel A. Bacon
                                                              DANIEL A. BACON
9                                                             Attorney for Defendant

10

11

12              IT IS SO ORDERED.

13                                                            Dated:   **October 16, 2015**

14  **/s/ Lawrence J. O'Neill**

15                                                            UNITED STATES DISTRICT JUDGE

2