
DANIEL A. BACON 065099
ANGELICA I. AMBROSE 299543
ATTORNEYS AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2227
TELEPHONE: (559) 241-7000

ATTORNEYS FOR SANFORD GORDON GLICKMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-cr-00261 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO SEAL DOCUMENT 28 |
| ) | OF THE CLERK'S DOCKET; AND |
| vs. ) | ORDER THEREON |
| ) | |
| SANFORD GORDON GLICKMAN, ) | |
| ) | |
| Defendant, ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record herein, namely the United States of America through its attorney Assistant U.S. Attorney Brian Enos, and defendant Sanford Gordon Glickman through his attorney Daniel A. Bacon, that Document 28 of the Clerk's Docket which contains medical reports and letters of reference that were filed separate from the presentence report, be ordered sealed, as they contain privileged medical information of the defendant Sanford Gordon Glickman.

The parties therefore request that the Court order that Document 28 of the Clerk's Docket

///

///

///

///

be ordered sealed by the Clerk of the Court.

Dated:  December 4, 2015                    BENJAMIN B. WAGNER, United States Attorney

                                                                 By:  /s/ Brian Enos
                                                                 BRIAN ENOS, Assistant United States Attorney
                                                                 Attorney for Plaintiff

Dated:  December 4, 2015                     /s/ Daniel A. Bacon
                                                                  DANIEL A. BACON
                                                                  Attorney for Defendant

                                               ORDER

The Court agrees that the requested documents discuss privileged medical information.

The request is GRANTED.  This ORDER is not to be sealed.

             IT IS SO ORDERED.

                                             Dated:   **December 4, 2015**

**/s/ Lawrence J. O'Neill**

                                             UNITED STATES DISTRICT JUDGE

STIPUATION TO SEAL DOCUMENT 28  OF THE
CLERK'S DOCKET; AND ORDER THEREON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPUATION TO SEAL DOCUMENT 28  OF THE
CLERK'S DOCKET; AND ORDER THEREON