1    **DANIEL A. BACON 065099**
     LAW OFFICES OF DANIEL A. BACON
2    2445 Capitol Street, Suite 160A
     Fresno, California 93721
3    Telephone: (559) 412-4420

4    Attorney for SANFORD GORDON GLICKMAN

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10

11   UNITED STATES OF AMERICA,          )    Case No. 1:13 CR 00261 LJO
                                        )
12                        Plaintiff,    )    STIPULATION AND ORDER TO SEAL
                                        )    DOCUMENT 22
13              vs.                     )    OF THE CLERK'S DOCKET
                                        )
14   SANFORD GORDON GLICKMAN,           )
                                        )
15                        Defendant.    )
     _____)

16          IT IS HEREBY STIPULATED by and between the parties hereto, defendant Sanford

17   Gordon Glickman through his attorney, Daniel A. Bacon, and plaintiff United States of America,

18   through Assistant U.S. Attorney Brian Enos, that Document 22 of the Clerk's Docket which

19   contains the name and address of defendant's family members, be ordered sealed.  It contains

20   privileged information.

21          This stipulation and proposed order has been forwarded to all parties, and no objection

22   has been made to the court's granting of this order.

23          The parties therefore request that the court order that Document 22 of the Clerk's Docket

24   ///

25   ///

26   ///

27   ///

28

     STIPULATION AND [PROPOSED] ORDER TO SEAL DOCUMENT 22 OF THE CLERK'S DOCKET

be ordered sealed by the Clerk of the Court.

Executed this 20th day of March, 2019, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
SANFORD GORDON GLICKMAN

Executed this 20th day of March, 2019, at Fresno, California.

/s/ Brian Enos
BRIAN ENOS
Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

Document 22 of the Clerk's Docket is to be sealed by the Clerk of the Court.


IT IS SO ORDERED.

Dated: **March 20, 2019**       **/s/ Lawrence J. O'Neill**
                                UNITED STATES CHIEF DISTRICT JUDGE