**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for SANFORD GORDON GLICKMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13 CR 00261 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO SEAL DOCUMENTS 19, |
| | ) | 20, 21, 23, 24, 25 AND 26 |
| vs. | ) | OF THE CLERK'S DOCKET |
| | ) | |
| SANFORD GORDON GLICKMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED by and between the parties hereto, defendant Sanford

Gordon Glickman through his attorney, Daniel A. Bacon, and plaintiff United States of America,

through Assistant U.S. Attorney Brian Enos, that Documents 19, 20, 21, 23, 24, 25 and 26 of the

Clerk's Docket which contain the name and address of defendant's family members, be ordered

sealed. They contain privileged information. The court has previously sealed Document 22

which contained the same privileged information.

     This stipulation and proposed order has been forwarded to all parties, and no objection

has been made to the court's granting of this order.

     The parties therefore request that the court order that Documents 19, 20, 21, 23, 24, 25

///

///

///

and 26 of the clerk's docket be ordered sealed by the Clerk of the Court.

Executed this 29th day of July, 2019, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
SANFORD GORDON GLICKMAN

Executed this 29th day of July, 2019, at Fresno, California.

/s/ Brian Enos
BRIAN ENOS
Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that Documents 19, 20, 21, 23, 24, 25 and 26 of the Clerk's Docket be sealed by the Clerk of the Court.

IT IS SO ORDERED.

Dated:  __July 30, 2019__     ____/s/

**Lawrence J. O'Neill _____**

UNITED STATES CHIEF DISTRICT JUDGE